STATE OF NEW JERSEY v. GREGORY NORFLEET.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CASTIGLIONE.

February 13, 1973. Petition for certification denied.

MINNIE STEINBERG v. CITY OF NEWARK.

February 13, 1973. Petition for certification denied.

MARTIN VARELA v. CARLOS DIAZ CUEVAS.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JOSEPH CHONKA.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY RICHARDSON.

February 13, 1973. Petition for certification denied.